*New York*
One Grand Central Place
60 East 42nd St., 46th Floor
New York, NY 10165
p. (646) 459-7971
f. (646) 459-7973



Joseph K. Jones, Esq.††
Benjamin J. Wolf, Esq.††
Anand A. Kapasi, Esq.†
Paul Gottlieb, Esq.

††Admitted NY, NJ, CT
†Admitted NY, NJ

*New Jersey*
375 Passaic Ave., Ste. 100
Fairfield, NJ 07004
p. (973) 227-5900
f. (973) 244-0019

https://legaljones.com

*Reply to:  New Jersey*

January 26, 2023

Hon. Paul A Engelmeyer, USDJ
United States District Court Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

> **Re:**   ***Shira White et al. v Kelly, Grossman & Kerrigan, LLP et al.***
> **Civil Case No. 1:22-cv-04259 (PAE)**

Your Honor:

In preparation for tomorrow's Conference [ECF No. 22], I write on behalf of my law firm (which is Plaintiff's Counsel in this matter) to supplement the Affirmation of Service filed on January 19, 2023. [ECF No. 23]. To that end, enclosed are proof of overnight delivery from the United States Postal Service as well as proof of email delivery to Plaintiff's email address.

Thank you for your special attention to this matter. Should you have any further questions, please do not hesitate to contact me.

Respectfully submitted,

*/s/ Benjamin J. Wolf*
Benjamin J. Wolf, Esq.

Encl.

Cc:   Lloyd M. Eisenberg, Esq. (*via* ECF)
Shira White (*via* email and overnight mail)

**Joseph Jones**

| | |
|---|---|
| **From:** | Microsoft Outlook |
| **To:** | 'Shira White' |
| **Sent:** | Wednesday, January 18, 2023 5:43 PM |
| **Subject:** | Relayed: RE: White v. Grossman |

**Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server:**

'Shira White' (shirapwhite@gmail.com)

Subject: RE: White v. Grossman



**Use Priority Mail Express packaging or stickers.** Securely affix label to mail piece. Do not tape over barcode. Service guarantees begin with the acceptance processing of this item when brought to a USPS retail location, or when the item returns to the Post Office after being collected during delivery/collection from a Priority Mail Express Collection box. This Online Record must be presented to Postal personnel if applying for a service related refund. Refunds for unused postage paid labels can be requested online 30 days from the print date.

---

**UNITED STATES POSTAL SERVICE®**   **PRIORITY ★ MAIL ★ EXPRESS™**   *Click-N-Ship® Label Record*   *DO NOT MAIL*

| PO ZIP Code 07004 | ☒ 1-Day  ☐ 2-Day | **6:00 PM** | Flat Rate ☒ | |
|---|---|---|---|---|
| Weight  lbs      ozs | Address to PO Box ☐ | Postage $27.90 | | |
| No Delivery ☐ Saturday  ☒ Sunday/Holiday | Contents Value | COD Fee | Ins. Fee $0.00 | |
| | | Total Postage & Fees $27.90 | | |

**9470 1036 9930 0069 9700 73**

**Signature Service:**

Ship Date: 01/19/2023
Scheduled Delivery Date: 01/20/2023

---

## LABEL INFORMATION

| FROM: | TO: |
|---|---|
| JOSEPH  K JONES<br>LAW OFFICES OF JOSEPH K. JONES<br>375 PASSAIC AVE STE 100<br>FAIRFIELD NJ 07004-2000 | SHIRA  WHITE<br>615 W END AVE<br>NEW YORK NY 10024-1604 |

Label Feb 2014     FOR PICKUP OR TRACKING GO TO USPS.COM     usps.com

**USPS Employee: For service failure refunds, follow standard refund procedures.**



January 26, 2023

Dear BENJAMIN Wolf:

The following is in response to your request for proof of delivery on your item with the tracking number: **9470 1036 9930 0069 9700 73**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, In/At Mailbox |
| **Status Date / Time:** | January 20, 2023, 12:02 pm |
| **Location:** | NEW YORK, NY 10024 |
| **Postal Product:** | Priority Mail Express 2-Day® |
| **Extra Services:** | PO to Addressee |
| | Up to $100 insurance included |
| **Recipient Name:** | SHIRA WHITE |

| Shipment Details | |
| --- | --- |
| **Weight:** | 1lb, 1.0oz |

**Recipient Signature**

Note: There is no delivery signature on file for this item.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004