UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SHIRA WHITE, on behalf of herself and others similarly situated,

                              Plaintiff,

-v-

KELLY, GROSSMAN & KERRIGAN, LLP, and JOHN DOES 1–25,

                              Defendants.

22 Civ. 4259 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

       The Court today held a scheduled conference in this case at which plaintiff Shira White had been directed to appear in person but failed to do so, notifying the Court's chambers by telephone 20 minutes before the conference that she did not plan to attend. Ms. White also declined to participate by phone after being asked repeatedly by the Court's staff, in the above phone call, to do so, and after being notified that the Court expected her to do so.

       Based on Ms. White's non-appearance, and for the reasons covered in today's conference with counsel, the Court orders that Ms. White—and counsel for both Ms. White and the defendant—appear in person at a conference before this Court on Friday, February 3, 2023, at 11 a.m. The conference will be held in courtroom 1305 of the Thurgood Marshall United States Courthouse, located at 40 Centre Street, New York. N.Y.

       **Ms. White is specifically notified that, should she fail to appear in person at the February 3 conference, the Court will dismiss this case with prejudice.**

The Court directs plaintiff's counsel to serve this order on Ms. White forthwith, and promptly thereafter to file a declaration on the docket of this case attesting to such service. For avoidance of doubt, all deadlines set in the case management plan remain in place.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: January 27, 2023
       New York, New York