UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SHIRA WHITE, on behalf of herself and others similarly situated,

                      Plaintiff,

         -v-

KELLY, GROSSMAN & KERRIGAN, LLP, and JOHN DOES 1–25,

                      Defendants.

22 Civ. 4259 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court today held a scheduled conference in this case at which plaintiff Shira White had been directed to appear in person, or risk dismissal of her case with prejudice, and at which Ms. White failed to appear. *See* Dkt. 25 (Order); Dkts. 26–27 (service of Order). Based on Ms. White's non-appearance and repudiation of the Court's orders in this case, and for the reasons stated on the record in the Court's conferences with counsel on January 27, 2023 and today, the Court adjourns all deadlines and conferences in the above-captioned case *sine die* and dismisses the above-captioned case with prejudice. The Court directs plaintiff's counsel to serve this order on Ms. White forthwith. The Court respectfully directs the Clerk of the Court to close the case.

SO ORDERED.

                                            *Paul A. Engelmayer* (signature)
                                            Paul A. Engelmayer
                                            United States District Judge

Dated: February 3, 2023
       New York, New York